

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

CHELSEA WEISBORD
CWEISBORD@SOKOLOFFSTERN.COM

November 19, 2019

<u>Via ECF</u>
Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Poturica v. The City of Glen Cove, et al.*
      Docket No. 19 Civ. 03367 (MKB) (LB)
      File No. 190103

Your Honor:

  We represent Defendant City of Glen Cove in this matter. Today we served and filed our motion to dismiss (ECF nos. 25-27). We write at the direction of Your Honor's chambers to request that in light of the bundling rule, the clerk be directed to remove these motion papers from the ECF docket until the motion has been fully briefed, at which time we will re-file them.

  Thank you for your consideration of this matter.

                Respectfully submitted,

                SOKOLOFF STERN LLP

                *Chelsea Weisbord*

                CHELSEA WEISBORD

cc: All counsel of record (via ECF)